**410**

224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

## TRUSTMARK INSURANCE CO., Plaintiff–Counter Defendant–Appellant–Cross–Appellee

v.

## Daniel KEHLER, Defendant–Counter Claimant–Appellee–Cross–Appellant.

### No. 05–30984.

United States Court of Appeals, Fifth Circuit.

Sept. 8, 2006.

Andrew George Jubinsky, Andrew C. Whitaker, Figari, Davenport & Graves, Dallas, TX, Jennifer M. Lawrence, Preaus, Roddy & Associates, New Orleans, LA, for Plaintiff–Counter Defendant–Appellant–Cross–Appellee.

William A. Repaske, Landry, Watkins, Repaske & Breaux, New Iberia, LA, for Defendant–Counter Claimant–Appellee–Cross–Appellant.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: \*

AFFIRMED. *See* 5th Cir. R. 47.6.

## UNITED STATES of America, Plaintiff–Appellee,

v.

## Fidel TORRES–FLORES, Defendant–Appellant.

### Nos. 05–41811, 06–40080 Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 8, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: \*

Appealing the Judgment in a Criminal Case, Fidel Torres–Flores raises argu-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be